IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMES MORROW | § | |
| | § | |
| v. | § | Case No. 2:11-CV-467-JRG-RSP |
| | § | |
| BARRY WASHINGTON, ET AL. | § | |

# ORDER

Currently before the Court is the "Objections to Magistrate Judge's Report & Recommendation Denying Defendant Washington's Motions For Summary Judgment Based On Qualified Immunity" (Dkt. No. 144), filed by Defendant Barry Washington on July 21, 2015. The undersigned has conducted a *de novo* review of the findings, conclusions and recommendations of the Magistrate Judge (Dkt. No. 143). The Objections reflect a misunderstanding of the Report and Recommendation, which found genuine disputes of material fact as to what Defendant Washington did in each of the traffic stops at issue in the case. It is these fact disputes that prevent any summary judgment on the defense of qualified immunity.

Finding that the objections are without merit and that the Recommendation of the Magistrate Judge is in accordance with law, the Recommendation is hereby adopted and the Motions for Summary Judgment (Dkt. Nos. 49, 54, 58, 62 and 67) are DENIED.

**So ORDERED and SIGNED this 13th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE